173 So.2d 829

**Lillie MONTGOMERY**

v.

**STATE.**

**Donald DUNCOMBE**

v.

**STATE.**

**7 Div. 650–A, 650–B.**

Supreme Court of Alabama.

Dec. 10, 1964.

Rehearing Denied March 18, 1965.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for petitioner.

Arthur D. Shores, Birmingham, Jack Greenberg and Norman C. Amaker, New York City, opposed.

LIVINGSTON, Chief Justice.

Petitions of the State by its Attorney General for certiorari to the Court of Appeals to review and revise the judgments and decisions in Montgomery v. State, 173 So.2d 828 and Duncombe v. State, 173 So.2d 828.

The judgments of the Court of Appeals in these cases are reversed and the causes are remanded to that court on authority of the case of Johnson v. State, ante p. 655, 173 So.2d 824.

Reversed and remanded.

LAWSON, SIMPSON, GOODWYN, MERRILL and HARWOOD, JJ., concur.

COLEMAN, J., dissents.

171 So.2d 95

**STATE of Alabama**

v.

**LANE BRYANT, INC.**

**3 Div. 149.**

Supreme Court of Alabama.

Jan. 21, 1965.

Richmond M. Flowers, Atty. Gen., Willard W. Livingston and Herbert I. Burson, Jr., Asst. Attys. Gen., for appellant.

M. R. Nachman, Steiner, Crum & Baker, Montgomery, for appellee.

HARWOOD, Justice.

The judgment in this case is affirmed on the authority of the case of State v. Lane Bryant, Inc., ante p. 385, 171 So.2d 91.

Affirmed.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.